**Order entered February 9, 2023**



In the
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-21-01038-CR

## DATRAIL DEON CLAYTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F19-75881-T**

## ORDER

Appellant's June 29, 2022 brief names the complainant, who was a minor at the time of the offense, and several witnesses who were minors at the time of the offense and at the time of trial. Because the brief is in violation of Texas Rule of Appellate Procedure 9.10, we **STRIKE** appellant's brief. *See* TEX. R. APP. P. 9.10(a)(3), (b).

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the minors by initials only.

/s/     CORY L. CARLYLE
PRESIDING JUSTICE